THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS GETMAN, Appellant.— Judgment of conviction affirmed. All concur, except Woodward, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE WEIR, Appellant.— Judgments of conviction unanimously affirmed.

CHICAGO GREAT WESTERN RAILROAD COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion granted.

ARTHUR E. CONNER, as Trustee of THE WALTON HOME TELEPHONE COMPANY, Bankrupt, Appellant, v. JOHN R. BRYCE and Others, Respondents.— Motion denied. Kiley, J., not sitting.

CRAINE SILO COMPANY, INC., Appellant, v. ERWIN ABBEY and ISABELL ABBEY, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

SARAH A. CONDON, Appellant, v. WILLIAM J. LYON and Others, Respondents, Impleaded with Others.— Order unanimously affirmed, with ten dollars costs and disbursements.

JOHN COWER, Appellant, v. WALKER D. HINES, as Director-General of the Railroads of the United States Railroad Administration, Respondent.— Order unanimously affirmed, with costs.

WALTER DAVENPORT, Respondent, v. MAX STERNBERG, Appellant.— Motion granted, with ten dollars costs.

SHERMAN A. GENUNG, Respondent, v. ROSS M. TURNER, Appellant.— Motion granted. Kiley, J., not sitting.

STEPHEN HOYT and FREDERICK VETTER, Respondents, v. SILAS B. MOORE, Appellant.— Motion denied.

MARY HALLENBECK, Respondent, v. S. WANDER & SONS' CHEMICAL COMPANY, INC., Appellant.— Motion denied.

JOHN F. HALLENBECK, Respondent, v. S. WANDER & SONS' CHEMICAL COMPANY, INC., Appellant.— Motion denied.

JAMES N. HEASLIP, JR., by MARGARET E. HEASLIP, His Guardian ad Litem, Respondent, v. JAMES LANNON, Defendant, and JOHN SWARTFIGURE, Appellant.— Order unanimously affirmed, with costs.

ELIZABETH KETCHAM, as Administratrix, etc., of CECIL JEROME HOUSER, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs.

NELLIE E. LYON KEZER, Respondent, v. MYRA SEELY and ISAAC STAGE, Administrators of the Estate of ZINA STEDGE, Deceased, and Others, Appellants.— Judgment unanimously affirmed, with costs.

GEORGE H. LE ROY, Appellant, v. WARREN McCARRICK, Respondent.— Motion granted, with ten dollars costs.

KATHARINE LAUT, Respondent, v. THE CITY OF ALBANY, Impleaded with THE STANDARD OIL COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, without costs.